# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PRINTERON INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-13-3025 |
| BREEZYPRINT CORP., *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

In light of the *Markman* hearing held on November 5, 2014 and further consideration of several pending motions, including the parties' submissions, the court issues the following rulings. PrinterOn's motion to exclude Jared Hansen's testimony, (Docket Entry No. 77), is denied as moot. BreezyPrint's motions to unseal certain filings, (Docket Entry Nos. 63, 65), are denied. BreezyPrint's unopposed motions to maintain under seal both certain exhibits to PrinterOn's motion for summary judgment on the tortious interference counterclaim and BreezyPrint's responsive filings to that motion, (Docket Entry Nos. 112, 127), are granted. BreezyPrint's motion to amend its answer to add a laches defense, (Docket Entry No. 131), is granted.

SIGNED on November 6, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge