United States District Court
Southern District of Texas
**ENTERED**
November 10, 2015
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PRINTERON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-3025 |
| | § | |
| BREEZYPRINT CORP., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Opinion on Claim Construction and on Summary Judgment, Sanctions, and Related Motions signed on March 19, 2015 and November 9, 2015, this court enters final judgment. The Plaintiff, PrinterOn, Inc., takes nothing on its infringement claims. The Defendant, BreezyPrint Corporation, takes nothing on its claim for tortious interference with an existing contract. BreezyPrint's remaining counterclaims and affirmative defenses are dismissed without prejudice and BreezyPrint takes nothing on them.

This is a final judgment under Rule 58 of the Federal Rules of Civil Procedure. Each party bears its own fees and costs.

SIGNED on November 10, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge